Name and address
David Sean Dufek SBN 193723
Law Office of David Sean Dufek
2655 Camino Del Rio North Suite 203
San Diego, CA 92108
(619) 222-5886   fax (619) 222-5486

RECEIVED
SEP 2 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Deborah Anne Manthey<br><br>Plaintiff(s)<br>v.<br><br>Legal Recovery Law Offices, Inc. a<br>California Corporation, Mark D. Walsh, et al<br><br>Defendant(s). | CASE NUMBER<br><br>C05-02168-RMW-RS<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |
|---|---|

The Court hereby orders that the request of:

__Legal Recovery Law Offices, Inc.__   ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute _____ David Sean Dufek _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__2655 Camino Del Rio North Suite 203__
*Street Address*

__San Diego, CA 92108__                    __davidseandufek@aol.com__
*City, State, Zip*                          *E-Mail Address*

__(619) 222-5886__         __(619) 222-5486__         __193723__
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record in place and stead of __Robert Oushalem__
                                              *Present Attorney*

**is hereby**   ☑ **GRANTED**   ☐ **DENIED**

Dated __10/5/05__

*Ronald M. Whyte*
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY