1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   DEBORAH ANNA MANTHEY
6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION**

*E-FILED - 10/21/05*

10  DEBORAH ANNA MANTHEY,                    Case No.  C05-02168-RMW-RS

11                     Plaintiff,

12  v.                                        **JOINT ADR STIPULATION
                                              AND ORDER**
13  LEGAL RECOVERY LAW OFFICES, INC.,
    a California corporation, MARK D. WALSH,
14  individually and in his official capacity,
    RICHARD T. DAVIS, individually and in his
15  official capacity, and RICHARD P. SITTER,
    JR., individually and in his official capacity,
16

17                     Defendant.

18      The parties stipulate to participate in the following ADR process:

19  **Court Processes:**

20      ☐ Arbitration            ☒ ENE                ☐ Mediation

21  *(To provide additional information regarding timing of session, preferred subject
    matter expertise of neutral, of other issues, please attach a separate sheet.)*
22

23  **Private Process:**

24      ☐ Private ADR *(please identify process and provider)*

25  _____

26  _____

27  _____

28

-1-

JOINT ADR STIPULATION AND ORDER                    Case No. C05-02168-RMW-RS

-2-

Dated: September 20, 2005          /s/ Fred W. Schwinn
                                   Fred W. Schwinn, Esq.
                                   Attorney for Plaintiff
                                   DEBORAH ANNA MANTHEY

Dated: September 20, 2005          /s/ David Sean Dufek
                                   David Sean Dufek
                                   Attorney for Defendants
                                   LEGAL RECOVERY LAW OFFICES, INC., MARK D. WALSH, RICHARD T. DAVIS, and RICHARD P. SITTER, JR.

IT IS SO ORDERED.

Dated: 10/21/05                     /S/ RONALD M. WHYTE
                                    UNITED STATES
                                    DISTRICT JUDGE