1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   DEBORAH ANNA MANTHEY

6

7

8              **IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN JOSE DIVISION**    *E-FILED - 1/6/06*

10 | DEBORAH ANNA MANTHEY, | Case No. C05-02168-RMW-RS |
11 | Plaintiff, | |
12 | v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
13 | LEGAL RECOVERY LAW OFFICES, INC., a California corporation, MARK D. WALSH, individually and in his official capacity, RICHARD T. DAVIS, individually and in his official capacity, and RICHARD P. SITTER, JR., individually and in his official capacity, | Fed. R. Civ. P. 41(a)(1) |
17 | Defendants. | |

18         Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DEBORAH ANNA MANTHEY, and

19 Defendants, LEGAL RECOVERY LAW OFFICES, INC., MARK D. WALSH, RICHARD T.

20 DAVIS, and RICHARD P. SITTER, JR., stipulate, and the Court hereby orders, as follows:

21         1.     The dispute between the parties has been settled, therefore, the claims asserted

22 by Plaintiff, DEBORAH ANNA MANTHEY, against Defendants, LEGAL RECOVERY LAW

23 OFFICES, INC., MARK D. WALSH, RICHARD T. DAVIS, and RICHARD P. SITTER, JR., in

24 the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P.

25 41(a)(1).

26

27

28

Dated:  December 30, 2005              /s/ Fred W. Schwinn
                                                            Fred W. Schwinn, Esq.
                                                            Attorney for Plaintiff
                                                            DEBORAH ANNA MANTHEY

Dated:  December 30, 2005              /s/ David Sean Dufek
                                                            David Sean Dufek
                                                            Attorney for Defendants
                                                            LEGAL RECOVERY LAW
                                                            OFFICES, INC., MARK D.
                                                            WALSH, RICHARD T. DAVIS, and
                                                            RICHARD P. SITTER, JR.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:  1/6/06                         /S/ RONALD M. WHYTE
                                                            The Honorable Ronald M. Whyte
                                                            Judge of the District Court